**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   MARILYN TURNER CHISHOLM                §
                                                §   Case No.: 06-12670
                                                §
                                                §
                                                §
         Debtor(s)                              §
---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/05/2006.

2) This case was confirmed on 12/20/2006.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/27/2007.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 10/12/2009.

6) Number of months from filing to the last payment: 36

7) Number of months case was pending: 41

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    20,150.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 22,617.70 |
| Less amount refunded to debtor | $ | 1,350.10 |
| **NET RECEIPTS** | $ | 21,267.60 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 2,324.00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 1,359.84 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 3,683.84 |
| Attorney fees paid and disclosed by debtor | $ | 966.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFFORDABLE FURNITURE | SECURED | 759.00 | 700.00 | 700.00 | 700.00 | 58.47 |
| WESTLAKE FINANCIAL S | SECURED | 13,225.00 | 12,537.86 | 1,634.36 | 1,634.36 | .00 |
| WILSHIRE CREDIT CORP | SECURED | NA | 155,369.93 | .00 | .00 | .00 |
| WILSHIRE CREDIT CORP | SECURED | NA | 7,252.97 | .00 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 613.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 2,187.01 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 2,647.34 | 4,270.82 | 4,270.82 | 4,270.82 | .00 |
| ALLIED CASH | UNSECURED | 494.00 | NA | NA | .00 | .00 |
| ARIZONA MAIL ORDER ( | UNSECURED | 156.00 | NA | NA | .00 | .00 |
| BPG | UNSECURED | 390.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 841.00 | 1,507.22 | 1,507.22 | 626.30 | .00 |
| CAPITAL ONE BANK | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| AMERICAN DEBT COLLEC | UNSECURED | 375.00 | NA | NA | .00 | .00 |
| CASHNET 500 | UNSECURED | 520.00 | NA | NA | .00 | .00 |
| CASH SUPPLY | UNSECURED | 390.00 | NA | NA | .00 | .00 |
| CERTIFIED SERVICES | UNSECURED | 519.00 | NA | NA | .00 | .00 |
| CHECK N GO | UNSECURED | 856.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO WATE | UNSECURED | 1,650.00 | NA | NA | .00 | .00 |
| CONNECT TO CASH | UNSECURED | 260.00 | 415.00 | 415.00 | 41.50 | .00 |
| COOK COUNTY STATES A | UNSECURED | 388.00 | NA | NA | .00 | .00 |
| CREDIT PROTECTION AS | UNSECURED | 77.00 | NA | NA | .00 | .00 |
| DEBT CREDIT SERVICES | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| DRIVE FINANCIAL SERV | UNSECURED | 14,500.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| EPP | UNSECURED | 390.00 | NA | NA | .00 | .00 |
| FIRST NATIONAL | UNSECURED | 265.00 | NA | NA | .00 | .00 |
| GATEWAY CHEVY KIA | UNSECURED | 3,000.00 | NA | NA | .00 | .00 |
| GREAT AMERICAN FINAN | UNSECURED | 2,240.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 523.00 | 306.75 | 306.75 | 127.47 | .00 |
| ICTM LLC | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| 1000 CASH ADVANCE CO | UNSECURED | 260.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 384.00 | NA | NA | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | NA | 427.98 | 427.98 | 177.84 | .00 |
| NATIONAL CASH ADVANC | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| NATIONAL TITLE LOAN | UNSECURED | 650.00 | NA | NA | .00 | .00 |
| NATIONWIDE CASH | UNSECURED | 390.00 | NA | NA | .00 | .00 |
| NCO COLLECTION AGENC | UNSECURED | 157.00 | NA | NA | .00 | .00 |
| QUICKEST CASH ADVANC | UNSECURED | 260.00 | NA | NA | .00 | .00 |
| ONE IRON VENTURE | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| ONE STEP CASH | UNSECURED | 390.00 | NA | NA | .00 | .00 |
| ORCHARD BANK | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| PAYDAY ADVANCE PLUS | UNSECURED | 312.00 | 455.00 | 455.00 | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 650.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 94.00 | NA | NA | .00 | .00 |
| PLAZA PROCESSING | UNSECURED | 390.00 | NA | NA | .00 | .00 |
| PREMIER RECOVERY IN | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| PROCESSING RECOVERY | UNSECURED | 876.00 | NA | NA | .00 | .00 |
| ROUTE 66 | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| SONIC PAYDAY | UNSECURED | 755.00 | NA | NA | .00 | .00 |
| SUN CASH | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| THOMAS J RUSSELL | UNSECURED | 383.00 | NA | NA | .00 | .00 |
| THOMAS J RUSSELL | UNSECURED | 217.00 | NA | NA | .00 | .00 |
| THOMAS J RUSSELL | UNSECURED | 379.00 | NA | NA | .00 | .00 |
| THOMAS J RUSSELL | UNSECURED | 330.00 | NA | NA | .00 | .00 |
| WASHU PARTNERS CALUM | UNSECURED | 750.00 | NA | NA | .00 | .00 |
| WORLD FINANCIAL NETW | UNSECURED | 62.00 | 62.34 | 62.34 | 25.90 | .00 |
| AIP CASH WORLD WIDE | UNSECURED | 324.00 | NA | NA | .00 | .00 |
| ZIPCASH | UNSECURED | 390.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | SECURED | NA | 1,667.64 | 1,667.64 | 1,667.64 | .00 |
| COUNTRY DOOR | UNSECURED | NA | 217.86 | 217.86 | 90.53 | .00 |
| SEVENTH AVENUE | UNSECURED | NA | 330.11 | 330.11 | 137.17 | .00 |
| GINNYS | UNSECURED | NA | 383.50 | 383.50 | 159.36 | .00 |
| MONROE & MAIN | UNSECURED | NA | 379.30 | 379.30 | 157.61 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 1,071.83 | 1,071.83 | 445.38 | .00 |
| GALWAY FINANCIAL SVC | UNSECURED | NA | 615.00 | 615.00 | 255.55 | .00 |
| WESTLAKE FINANCIAL S | UNSECURED | NA | 687.14 | 687.14 | 687.14 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | NA | 562.92 | 562.92 | 233.91 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WILSHIRE CREDIT CORP | OTHER | NA | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | NA | 5,184.39 | 5,184.39 | 5,184.39 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NA | 2,171.73 | 2,171.73 | 902.42 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 1,634.36 | 1,634.36 | .00 |
| All Other Secured | 2,367.64 | 2,367.64 | 58.47 |
| **TOTAL SECURED:** | 4,002.00 | 4,002.00 | 58.47 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 9,455.21 | 9,455.21 | .00 |
| **TOTAL PRIORITY:** | 9,455.21 | 9,455.21 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 9,593.68 | 4,068.08 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,683.84 |
| Disbursements to Creditors | $ | 17,583.76 |
| **TOTAL DISBURSEMENTS:** | $ | 21,267.60 |

12)     The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed.  The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   03/16/2010              /s/ Tom  Vaughn
                                 Tom  Vaughn, Chapter  13  Trustee

**STATEMENT**     : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**